

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia | Civil Action No.  21cv0126-CAB-AGS |
| Plaintiff, | |
| V. | |
| Pinnacle 1617 LLC, a Delaware limited liability company | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons set forth above, Defendant's motion for judgment on the pleadings is GRANTED and Plaintiff's complaint is DISMISSED with prejudice. It is SO ORDERED.

| | |
|---|---|
| **Date:**   5/17/21 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ A. Hazard |
| | A. Hazard, Deputy |